UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

AUTOZONE, INC.,

    Defendant.

Case No. 17-cv-02941-PJH

**INJUNCTION**

Having granted summary judgment for plaintiff in this action, the court hereby grants plaintiff's unopposed request for injunctive relief. Defendant AutoZone, Inc. shall provide and maintain an accessible parking space at the AutoZone store located at or about 5747 Pacheco Blvd., Pacheco, California. Defendant must comply with this order within 90 days, unless the parties stipulate to an alternate timeframe.

**IT IS SO ORDERED.**

Dated: March 18, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge