1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

SCOTT JOHNSON,

8

Plaintiff,

Case No. 17-cv-02941-PJH

9

v.

**JUDGMENT**

10

AUTOZONE, INC.,

11

Defendant.

12
13
14

The issues having been duly heard and the court having granted plaintiff's motion

15

for summary judgment,

16

it is Ordered and Adjudged

17

that judgment is hereby entered in favor of plaintiff and against defendant.

18

The court ORDERS judgment for plaintiff in the amount of $8,000, payable by

19

defendant within 90 days, unless the parties stipulate to another deadline.

20

**IT IS SO ORDERED.**

21

Dated: March 18, 2019

22

_____

23

PHYLLIS J. HAMILTON
United States District Judge

24
25
26
27
28