UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOZONE, INC.,<br><br>    Defendant. | Case No. 17-cv-02941-PJH<br><br>**ORDER**<br><br>Re: Dkt. No. 45 |

The court is in receipt of plaintiff's notice of lodging of proposed judgment. Dkt. 45. Judgment was entered in this action on March 18, 2019. Dkt. 36. Plaintiff does not provide any reason why a second judgment should be entered, or any authority supporting entry of a second judgment. Accordingly, the court declines to enter plaintiff's lodged, proposed judgment.

**IT IS SO ORDERED.**

Dated: June 7, 2019

PHYLLIS J. HAMILTON
United States District Judge